1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ROBERTO DURAND,

                            Plaintiff,

   v.

KRISTINA WILDEVELD, et al.,

                        Defendants.

3:22-cv-00169-MMD-CSD

**ORDER**

Re: ECF Nos. 35, 37

Plaintiff's applications for leave to proceed in forma pauperis (ECF Nos. 35, 37) are **DENIED AS MOOT**.  The court dismissed this case and entered judgment in July of 2022. (ECF No. 17.) Plaintiff appealed (ECF Nos. 18, 25, 28, 33, 34), and the Ninth Circuit has since dismissed these appeals. (ECF Nos. 26, 31, 38.) Plaintiff shall refrain from filing further documents in this closed case.

**IT IS SO ORDERED.**

DATED:  April 11, 2024.

_____
UNITED STATES MAGISTRATE JUDGE